IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TAUNIA GREEN and TYLER GREEN, next of kin and parents of TAYLOR GREEN, deceased <br><br> *Plaintiffs* <br><br> v. <br><br> GENERAL MOTORS, LLC; <br> GENERAL MOTORS CORPORATION; <br> DELPHI AUTOMOTIVE SYSTEMS, LLC; <br> DELPHI AUTOMOTIVE, PLC; <br> DELPHI AUTOMOTIVE, LLC; <br> MERRY B. SIGMON, in her capacity as personal representative of the estate of TIFFANY SUMNERS; <br> THE ESTATE OF TIFFANY SUMNERS; <br> UNKNOWN DEFENDANT "A"; <br> UNKNOWN DEFENDANT "B"; <br> AND <br> UNKNOWN DEFENDANT "C" <br><br> *Defendants* | Docket No. 1:14-CV-00107 <br><br> <u>JURY DEMAND</u> <br><br> Senior Judge William J. Haynes, Jr. <br><br> *[handwritten: ORDER — This motion is GRANTED but the Order to transfer is AFFIRMED as these action has core claims and defenses as per MDL action]* |

---

**PLAINTIFFS MOTION TO RECONSIDER AND REMAND**

*[handwritten signature: Will Haynes Sr J 10-17-14]*

---

COMES NOW, the Plaintiff, TAUNIA AND TYLER GREEN, by and through counsel, and moves this Court to reconsider its order of September 2, 2014 administratively closing this matter, and to remand this matter to the Circuit Court of Giles County Tennessee. As grounds for this Motion, as more fully explained in the Memorandum of Law in Support of this Motion which has been filed contemporaneously herewith, the Plaintiff would respectfully show the Court as follows: